1   QUIN DENVIR, Bar #49374
Federal Defender
2   ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3   Designated Counsel for Service
2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6   Dametric Marcel McGrue

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   No. 1:05-cr-00120 OWW
                                        )
12              *Plaintiff,*            )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE AND SET MOTION BRIEFING
13        v.                            )   SCHEDULE; AND ORDER THEREON
                                        )
14   DAMETRIC MARCEL McGRUE,            )   Date:   September 6, 2005
                                        )   Time:   1:30 p.m.
15              *Defendant.*            )   Judge: Honorable Oliver W. Wanger
                                        )
16   _____)

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18   counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

19   KERSTEN, Assistant Federal Defender, counsel for Defendant Dametric Marcel McGrue, that the date

20   for status conference in this matter may be continued to September 6, 2005.  It is also requested that a

21   new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by

22   August 18, 2005; that any response or opposition may be filed by September 1, 2005; and that status

23   conference and hearing on the motions may be set for September 6, 2005.  **The date currently set for**

24   **status conference is August 2, 2005.  The requested new date is September 6, 2005.**

25        The reason for this request is that defense investigation has revealed that a motion to suppress

26   the evidence discovered during the search of Mr. McGrue's residence is appropriate in this matter and

27   additional time is needed to complete said motion.

28        The parties agree that the delay resulting from the continuance shall be excluded as necessary for

1   effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial

2   motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

3

4                                                                          McGREGOR W. SCOTT
                                                                           United States Attorney

5
                                                                           AUSA Santos has approved
6                                                                          of her electronic signature
                                                                           being placed here
7   DATED: July 27, 2005                                        By _____
                                                                           VIRNA L. SANTOS
8                                                                          Assistant United States Attorney
                                                                           Attorney for Plaintiff
9

10                                                                         QUIN DENVIR
                                                                           Federal Public Defender
11

12

13  DATED: July 27, 2005                                        By  /s/ Eric V. Kersten
                                                                           ERIC V. KERSTEN
14                                                                         Assistant Federal Defender
                                                                           Attorney for Defendant
15                                                                         Dametric Marcel McGrue

16

17

18

19                                          **O R D E R**

20        **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

21  pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

22        DATED: August 2, 2005
                                                                /s/ OLIVER W. WANGER
23
                                                                _____
24                                                              OLIVER W. WANGER, Judge
                                                                United States District Court
                                                                Eastern District of California
25

26

27

28

Stipulation to Continue Status Conference and
Set Motion Briefing Schedule                              2