QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Dametric Marcel McGrue

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>DAMETRIC MARCEL McGRUE,<br><br>　　　　　*Defendant*. | No. 1:05-cr-00120 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE; AND ORDER THEREON<br><br>Date:　October 11, 2005<br>Time:　1:30 p.m.<br>Judge: Honorable Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Dametric Marcel McGrue, that the date for status conference in this matter may be continued to October 11, 2005.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by September 19, 2005; that any response or opposition may be filed by October 3, 2005; and that status conference and hearing on the motions may be set for October 11, 2005.  **The date currently set for status conference is September 6, 2005.  The requested new date is October 11, 2005.**

　　　　The reason for this request is that the defense needs time to investigate an additional issue prior to filing a motion to suppress in this matter.

　　　　The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial

motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                          McGREGOR W. SCOTT  
                                                          United States Attorney

DATED: August 30, 2005                    By /s/ Virna L. Santos  
                                                          VIRNA L. SANTOS  
                                                          Assistant United States Attorney  
                                                          Attorney for Plaintiff

                                                          QUIN DENVIR  
                                                          Federal Public Defender

DATED: August 30, 2005                    By /s/ Eric V. Kersten  
                                                          ERIC V. KERSTEN  
                                                          Assistant Federal Defender  
                                                          Attorney for Defendant  
                                                          Dametric Marcel McGrue

O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

DATED: August __31__, 2005

                                                          /s/ OLIVER W. WANGER

                                                          OLIVER W. WANGER, Judge  
                                                          United States District Court  
                                                          Eastern District of California